# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO CISNEROS,<br><br>    Plaintiff,<br><br>  v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | 3:23-cv-00629-LRH-CSD<br><br>**ORDER**<br><br>Re: ECF No. 8 |

Before the court is the motion of Sigal Chattah, Esq., of the law firm Chattah Law Group, to withdraw as counsel for Plaintiff. (ECF No. 8.) There does not seem be a proof of service indicating that the motion was served on the Plaintiff.

Plaintiff's counsel shall file a Certificate of Service **within five (5) days** of the date of this order reflecting that service of the Motion to Withdraw as Counsel (ECF No. 8) has been effected on the Plaintiff in the above-captioned matter.

**IT IS SO ORDERED.**

DATED: April 11, 2024.

_____
UNITED STATES MAGISTRATE JUDGE