UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO CISNEROS | Case No. 3:23-cv-00629-ART-CSD |
| Plaintiff, | |
| v. | ORDER |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

The Frist Amended Complaint in this action was filed on March 6, 2024 (ECF No. 6). The Court issued a notice of intent to dismiss under Fed. R. Civ. P. 4(m) unless proof of service is filed by February 27, 2025. (ECF No. 17.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Nevada Department of Corrections is dismissed without prejudice.

Accordingly, it is hereby ordered that this action is dismissed without prejudice. The Clerk of Court may close this case accordingly.

Dated this 28th day of March 2025.

_____

Anne R. Traum
United States District Court Judge

1